# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 3, 2022

Lyle W. Cayce
Clerk

No. 21-10806

State of Texas; State of Missouri,

*Plaintiffs—Appellees*,

*versus*

Joseph R. Biden, Jr., in his official capacity as
President of the United States of America; United
States of America; Alejandro Mayorkas, Secretary,
U.S. Department of Homeland Security; United States
Department of Homeland Security; Troy Miller,
Acting Commissioner, U.S. Customs and Border
Protection; United States Customs and Border
Protection; Tae D. Johnson, Acting Director, U.S.
Immigration and Customs Enforcement; United States
Immigration and Customs Enforcement; Ur M. Jaddou,
Director of U.S. Citizenship and Immigration Services;
United States Citizenship and Immigration Services,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-cv-67

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before BARKSDALE, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

This court's decision, found at 20 F.4th 928 (5th Cir. 2021), returns to us on remand from the Supreme Court. *See Biden v. Texas*, 142 S. Ct. 2528 (2022). We REMAND for further proceedings consistent with the Supreme Court's decision.